UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAHEEM JACKSON,

    Defendant.
_____/

Violation:
18 U.S.C. § 922(g)(1)

Case: 2:24-cr-20587
Assigned To : Murphy, Stephen J., III
Referral Judge: Patti, Anthony P.
Assign. Date : 10/15/2024
Description: IND USA V. SEALED
MATTER (AB)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about January 8, 2024, in the Eastern District of Michigan, Southern Division, the defendant, RAHEEM JACKSON, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is: one Makarov, .380 caliber, pistol in violation of Title 18, United States Code, Section 922(g)(1).

1

## FORFEITURE ALLEGATIONS
18 U.S.C. § 924(d) together with 28 U.S.C. § 2461

1. The allegations contained in Count One of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

2. Upon conviction of the offense charged in Count One of this Indictment, defendant RAHEEM JACKSON shall forfeit to the United States any firearm and ammunition involved in or used in such violation, pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/Craig Wininger*
CRAIG WININGER
Chief, Violent and Organized Crime Unit

*s/Philip Jacques*
PHILIP JACQUES
Assistant U.S. Attorney

Date: October 15, 2024

2

| United States District Court<br>Eastern District of Michigan | Crim |
|---|---|

Case: 2:24-cr-20587
Assigned To : Murphy, Stephen J., III
Referral Judge: Patti, Anthony P.
Assign. Date : 10/15/2024
Description: IND USA V. SEALED MATTER (AB)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials:  P.J. |

**Case Title:**  USA v. Raheem Jackson

**County where offense occurred:**  Wayne

**Offense Type:**  Felony

Indictment – no prior complaint.

## Superseding Case Information

**Superseding to Case No:**  _____  **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

October 15, 2024
Date

Philip Jacques
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Philip.Jacques@usdoj.gov
(313) 226-9654
Bar #: P73754

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.