UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,　　　　　　　　　Case No. 24-cr-20587
　　　　　　　　　　　　　　　　　　　Honorable Stephen J. Murphy, III

vs.

Raheem Jackson,

       Defendant

---

### Amendment to Preliminary Order of Forfeiture and Final Order of Forfeiture

---

The Court entered a Preliminary Order of Forfeiture (ECF No. 22) in this criminal case. The Preliminary Order of Forfeiture became final as to defendant at the time it was entered by the Court. *Id*.

The United States published notice of the Preliminary Order of Forfeiture and sent direct notice to persons it had reason to believe may have an interest in the Subject Property. (ECF Nos. 23, 28, 31, 32).

The United States has filed an application requesting that the Preliminary Order of Forfeiture be amended and a Final Order of Forfeiture be entered so that the ownership rights of a certain third-party individual to certain property listed in the Preliminary Order of Forfeiture is not forfeited

and the government can return certain property to the rightful owner provided that he continues to be legally permitted to possess a firearm.

The Court is authorized to amend the Preliminary Order of Forfeiture and enter a Final Order of Forfeiture to account for the interests of third parties in forfeited property under Federal Rule of Criminal Procedure 32.2(c)(2). Based upon the government's Application and the record in this case, the Court finds good cause to grant the Application. **NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT**, pursuant to Federal Rule of Criminal Procedure 32.2(c)(2), the Preliminary Order of Forfeiture (ECF No. 22) is amended as follows:

1. The right, title, and interest of Darian Watson in the GERMANY MAKAROV Pistol CAL:380 SN:AO8459 (24-ATF-031984) is not forfeited to the United States, and the government may return that property to Mr. Watson when it is no longer needed by the government as evidence provided that Mr. Watson continues to be legally permitted to possess a firearm.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** except as provided above in paragraph 1, the United States has clear title to all the other property set forth in the Preliminary Order of Forfeiture (ECF 22), and those forfeitures are **FINAL**.

The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this Order.

**SO ORDERED.**

                                                s/Stephen J. Murphy, III
                                                Stephen J. Murphy, III
                                                United States District Judge

Dated: January 6, 2026